11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Ronald Jerome Curtis,                                    * From the 42nd District
                                                          Court of Taylor County,
                                                          Trial Court No. 21001-A.

Vs. No. 11-13-00038-CR                                   * March 7, 2013

State of Texas,                                          * Per Curiam Memorandum Opinion
                                                          (Panel consists of: Wright, C.J.,
                                                          McCall, J., and Willson, J.)

     This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the appeal is dismissed.